United States District Court
Northern District of California

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TAMIKA M. DAVIS
(a/k/a "takeimasmom"),

    Defendant.

Case No.: CR 13-70271-MAG (KAW)

DETENTION ORDER

## I. DETENTION ORDER

Defendant Tamika M. Davis (a/k/a "takeimasmom") is charged by complaint with violations of 18 U.S.C. § 2252(a)(2) (distribution of child pornography) and 18 U.S.C. § 2252(a)(4)(B) (possession of child pornography). At the March 26, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Joyce Leavitt, waived the timing of her right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining her right to seek release at a later hearing should her circumstances change. Assistant United States Attorney Rodney Villazor appeared on behalf of the United States.

## II. CONCLUSION

The Court hereby detains Defendant, but because she has waived her right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: March 26, 2013

KANDIS A. WESTMORE
United States Magistrate Judge

2